No. 94–9382. WILKINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9384. WU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–9385. TORRES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9387. NEWBY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9388. BEEBE *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–9389. CLEVELAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9392. RUFF *v.* BEAVER ET AL. Ct. App. Tenn. Certiorari denied.

No. 94–9400. FERNANDEZ ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9401. GREEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9402. GENOA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9403. EKWUNIFE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9406. HERALD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–9411. STARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9412. STRICKLAND *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–9414. ALLEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9418. HOLMES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.